IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR417-114
)
TIMOTHY KENDALL STEWART, )
)
Defendant. )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 47), to which no objections have been filed. After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant's Motion to Dismiss Count One of the Indictment for Insufficient Evidence (Doc. 40) and Motion to Dismiss Counts Two and Three of the Indictment (Doc. 44) are **DENIED**.

SO ORDERED this 9th day of January 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of GA
Filed in Office

1\9  20\8   M

Deputy Clerk