# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

THE UNITED STATES OF AMERICA,        )
                                     )
            Plaintiff,               )
                                     )
      v.                             )  4:17CR114
                                     )
TIMOTHY KENDALL STEWART,             )
                                     )
            Defendant.               )



## O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

SO ORDERED, this __19th__ day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA