FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUL 10 PM 4: 36
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR417-114 |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY KENDALL STEWART | ) | |

## ORDER

Before the Court is the Government's Consent Motion to Dismiss Ancillary Petition. On May 14, 2018, the Court entered a Consent Order of Forfeiture forfeiting to the United States one Century Arms International Model C39 762 caliber pistol bearing serial number C39P02311 (the "Subject Property"). Dkt. No. 97.

On June 25, 2018, the Joshua Sample ("Claimant") filed a timely petition contesting forfeiture. Dkt. No. 103. On July 10, 2018, the Government advised this Court of the Government's agreement to resolve the Claimant's claim by releasing the Subject Property to him when it is no longer necessary to retain the Subject Property as evidence. Dkt. No. 104. Other than the Claimant, no third party has appeared to contest the forfeiture in this case.

After careful consideration, the Government's motion is **GRANTED**, and the Claimant's petition (Dkt. No. 103) is **DISMISSED AS MOOT**.

SO ORDERED this 10th day of July, 2018.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA